AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 29 2023
at __8__ o'clock and __15__ min. __a__ M
Lucy H. Carrillo, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  Cr. No. 23-00103 DKW |
| Jason K. Yokoyama | ) | |
| | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 12/29/23

_____
Defendant's signature

_____
Signature of defendant's attorney

William A. Harrison, Esq.
Printed name of defendant's attorney

_____
Judge's signature

Derrick K. Watson, Chief United States District Judge
Judge's printed name and title